IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SUMMER NICOLE BENNETT | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO: |
| VS. | * | 2:22-cv-00012-LGW-BWC |
| | * | |
| CODY NELSON EWING and | * | |
| QUINCY WRIGHT, | * | |
| | * | |
| Defendants. | * | |
| _____ | * | |

## **DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Summer Nicole Bennett | Plaintiff |
| Cody Nelson Ewing | Defendant |
| Quincy Wright | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Not applicable | |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company

or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship & Interests |
|---|---|
| Brian Spears | Counsel for Plaintiff |
| Spears & Filipovits, LLC | Law firm of Plaintiff's counsel |
| Eugene Felton, Jr. | Counsel for Plaintiff |
| Seay/Felton, LLC | Law firm of Plaintiff's counsel |
| Richard K. Strickland | Counsel for Defendant Wright |
| Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP | Law firm of Defendant Wright's counsel |
| Raleigh W. Rollins | Counsel for Defendant Ewing |
| H. Thomas Shaw | Counsel for Defendant Ewing |
| Alexander & Vann, LLP | Law firm of Defendant Ewing's counsel |
| Association County Commissioners of Georgia (ACCG) | Insurance company for Defendants |

Submitted this 14th day of April, 2022.

> S/ G. BRIAN SPEARS
> Bar No. 670112
> Attorney for Plaintiff
> Spears & Filipovits, LLC
> 315 W. Ponce de Leon Ave.
> Suite 865
> Decatur, GA 30030
> 404-905-2225
> Bspears@civil-rights.law

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard K. Strickland
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
P. O. Box 220
Brunswick, GA 31521

Raleigh W. Rollins
H. Thomas Shaw
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville GA 31792

Eugene Felton, Jr.
260 Peachtree Street, NW
Suite 1001
Atlanta, GA 30303

G. Brian Spears
Bar No. 670112
bspears@civil-rights.law
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225