IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SUMMER NICOLE BENNETT | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO: |
| VS. | * | 2:22-cv-00012-LGW-BWC |
| | * | |
| CODY NELSON EWING and | * | |
| QUINCY WRIGHT, | * | |
| | * | |
| Defendants. | * | |
| _____ | * | |

## JOINT CONSENT MOTION FOR STAY

COME NOW the parties to the within action and jointly Move the Court for a Stay of all proceedings in this ligation for the reasons set forth herein:

Plaintiff Summer Bennett is dead. Counsel is informed that on May 31, 2022, Ms. Bennett died in a single vehicle incident in Macon, Georgia, while riding as a passenger. Reports indicate that she died when a tire blew out, the driver lost control, and the vehicle rolled over, killing her.

Counsel for Plaintiff was initially notified by Ms. Bennett's mother and thereafter reviewed local news reports of the event, confirming Ms. Bennett's death.

On the basis of this tragic and unforeseen event, the parties seek an immediate stay of all proceedings in this litigation.

Ms. Bennett's claims set forth in her Compliant survive her death. Ms. Bennett's mother will promptly petition the Probate Court for Bibb County, Georgia, which was the county of Ms. Bennett's residence, to be appointed administrator of her estate. Absent unforeseen events, said Petition should be filed and hopefully approved within sixty (60) days from the filing of this Motion. However, the actual date at which approval will be granted and the Letters Testamentary issued is difficult to predict at this time.

Plaintiff's counsel is authorized to inform the Court that counsel for all the parties consent to the within Motion.

For and upon the foregoing, the parties pray that the Court Order the following:

a. That all proceedings in this litigation be stayed;
b. That all deadlines previously set by the Court for the progress of this litigation be stayed;
c. In the event that a Motion for Substitution for Plaintiff has not yet been filed on behalf of Plaintiff's Estate representative by July 30, 2022, then a report shall be filed and submitted to the Court by current counsel for Plaintiff

Bennett informing the Court of the status of the appointment of an Estate representative.

Respectfully submitted on this the 3rd day of June, 2022,

        G. Brian Spears
        Bar No. 670112
        bspears@civil-rights.law
        Spears & Filipovits, LLC
        315 W. Ponce de Leon Ave.
        Suite 865
        Decatur, GA 30030
        404-905-2225

        Eugene Felton, Jr.
        Bar No. 257840
        efelton@sftriallawyers.com
        Seay/Felton, LLC
        260 Peachtree St, NW
        Suite 1001
        Atlanta, GA 30303
        404-902-6444

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard K. Strickland
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
P. O. Box 220
Brunswick, GA 31521

Raleigh W. Rollins
H. Thomas Shaw
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville GA 31792

G. Brian Spears
Bar No. 670112
bspears@civil-rights.law
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225