IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| APRIL NICOLE BENNET, as personal representative of the Estate of Summer Bennett,<br><br>Plaintiff,<br><br>v.<br><br>CODY NELSON EWING, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 2:22-cv-12 |

**O R D E R**

This matter is before the Court on the parties' Joint Notice of Settlement and Motion to Stay.  Doc. 42.  The parties state they have reached a settlement resolving Plaintiff's claims.  Id. at 1.  They request a stay of the deadlines to avoid further litigation costs.  Id.  The Court hereby **GRANTS** the Motion and **STAYS** the deadlines in this case.  The Court **ORDERS** the parties file a status report **on or before February 2, 2023**, if no stipulation of dismissal has been filed prior to that date.

**SO ORDERED**, this 3rd day of January, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA